# OSBORN LAW P.C.

Daniel A. Osborn, Esq.                                                                    dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.                                                                ltrust@osbornlawpc.com

April 2, 2025

> The parties' request at ECF No. 10 is **GRANTED**, and their briefing schedule is **ADOPTED**.
>
> The Clerk of Court is respectfully directed to close ECF No. 10.
>
> SO ORDERED.  April 3, 2025
>
> *Sarah L. Cave*
> SARAH L. CAVE
> United States Magistrate Judge

**VIA ECF**

Honorable Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

                Re:      *Fellah v. Commissioner of Social Security*
                          <u>Civil Action No. 1:24-cv-10032-SLC</u>

Dear Judge Cave,

     We write on behalf of our client, Tarik Fellah, with the consent of the defense, to request a 75-day extension to file his motion for judgment on the pleadings which is currently due on April 6, 2025, per the Court's Standing Scheduling Order. This is the parties' first joint request for an extension.

     After conferring with the defendant, the parties have agreed to proceed according to the following amended scheduling order, subject to the Court's approval:

- Plaintiff to file his motion for judgment on the pleadings on or before: **June 20, 2025;**

- Defendant to file its response to plaintiff's motion/cross motion on or before: **September 3, 2025**; and

- Plaintiff to file his reply, if any, on or before: **September 17, 2025.**

---

43 West 43rd Street, Suite 131     Telephone 212-725-9800     osbornlawpc.com
New York, New York 10036     Facsimile  212-500-5115     info@osbornlawpc.com

Honorable Sarah L. Cave
April 2, 2025
Page Two

Thank you for your consideration of this request.

                              Respectfully submitted,

                              s/Daniel A. Osborn
                              Daniel A. Osborn
                              OSBORN LAW, P.C.
                              43 West 43rd Street, Suite 131
                              New York, New York 10036
                              Telephone:    212-725-9800
                              Facsimile:    212-500-5115
                              dosborn@osbornlawpc.com

cc: Sergei Aden, Esq.