**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
TARIK F.,

                        Plaintiff,                           24 **CIVIL** 10032 (SLC)

        -against-                               **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                        Defendant.
------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons set forth in the Court's Opinion and Order dated February 11, 2026, the ALJ Decision is AFFIRMED and this action is DISMISSED; accordingly, this case is closed.


 Dated:  New York, New York

        February 18, 2026

                                     **TAMMI M. HELLWIG**
                                     _____
                                        **Clerk of Court**


                    **BY:**      _____
                                      **Deputy Clerk**